THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LAW-
YERS' SURETY COMPANY of New York, Respondent, *v.* D.
EDGAR ANTHONY, Appellant.

*People ex rel. Surety Co.* v. *Anthony,* 7 App. Div. 132, affirmed.
(Argued October 19, 1896 ; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1896, which modified, and as modified affirmed, an order of Special Term adjudging the appellant to be in contempt of court.

*Henry T. Sanford* and *Raymond C. Haff* for appellant.

*Carlisle Norwood* for respondent.

Order affirmed, on opinion below, with costs.
All concur.